IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
OCT 0 1 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No.    1:24CR000142 SRC/ACL |
| CYRUS J. WARD, ) | |
| ) | Title 18, U.S.C. § 922(a)(6) |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about April 24, 2024, in Cape Girardeau County, within the Southeastern Division of the Eastern District of Missouri, the defendant,

**CYRUS J. WARD,**

in connection with the acquisition of firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements, which statements were intended and likely to deceive the licensed dealer of firearms as to facts material to the lawfulness of such sales of the firearms to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual transferee / buyer of the firearms on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473 Firearms Transaction Records, which representations were false, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6) as set forth above, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s).

TRUE BILL

_____
Foreperson

SAYLER A. FLEMING
United States Attorney


_____
Christopher C. Shelton, # 71169MO
Assistant United States Attorney